```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---
PARADISE MORGAN,

            Plaintiff,

  - against -

TOAST, INC., ET AL.,

            Defendants.

25-cv-1333 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to discuss settlement and provide an update to the Court by **May 19, 2025**. Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

SO ORDERED.

Dated:    New York, New York
            February 19, 2025

                                          /s/ John G. Koeltl
                                             John G. Koeltl
                                        United States District Judge